**Robert Juarez LOPEZ, Plaintiff in Error,**

v.

**The STATE of Oklahoma, Defend-
ant in Error.**

**No. A–15000.**

Court of Criminal Appeals of Oklahoma.

Oct. 1, 1969.

Don Anderson, Public Defender, Okla-
homa County, for plaintiff in error.

G. T. Blankenship, Atty. Gen., Dale F.
Crowder, Asst. Atty. Gen., for defendant in
error.

### MEMORANDUM OPINION

NIX, Judge:

Robert Juarez Lopez was convicted in the
District Court of Oklahoma County with
the crime of Grand Larceny, case number
34103, and was sentenced to serve 3 years
in the penitentiary. From that judgment
and sentence he has appealed to this Court
asking only appellate consideration of evi-
dence, and consideration that the sentence is
excessive.

We have reviewed the record, briefs filed,
and find no error which would require re-
versal or a modification of this case. We
are of the opinion that the defendant had a
fair and impartial trial, that the evidence
amply supports the verdict of the jury, and
that the sentence is not excessive.

The judgment and sentence is, according-
ly, affirmed.

BRETT, P. J., and BUSSEY, J., concur.